UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEE CARE NANNY AGENCY, LLC,

                Plaintiff,

-against-

WEECARE, Inc.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/27/2023

23 Civ. 2117 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court is in receipt of the parties' letters dated March 21 and 22, 2023. ECF Nos. 26, 28–31. First, Plaintiff contends that Defendant has not complied with the Court's Temporary Restraining Order ("TRO") issued on March 15, 2023, ECF No. 22. ECF Nos. 26, 30–31. The TRO requires Defendant to remove the WEECARE mark, or any other confusingly similar word, name, symbol, device, or combination thereof, from all of its webpages which advertise, promote, or offer services related to the placing of nannies, babysitters, or educators for children in the home. *See* ECF No. 22 at 1(b). By **March 29, 2023**, Defendant shall file a letter confirming that it has removed the WEECARE mark, or any other confusingly similar mark, word, name, or symbol, from the webpages and drop-down menus identified by Plaintiff in ECF No. 26-14, ECF No. 31, and ECF No. 31-1. Defendant is not required to take down these webpages so long as the WEECARE mark or any other confusingly similar language or image is removed. Defendant is not required to cease use of its domain name.

      Second, Defendant requests that the Court reschedule the April 4, 2023 hearing. ECF No. 28. The request is GRANTED. The parties shall appear for a telephonic conference on **April 25, 2023**, at **1:00 p.m.** At the time of the conference, the parties shall dial 888-398-2342 and enter access code 5598827.

      Third, the parties request leave to file briefing prior to the hearing on Plaintiff's motion for a preliminary injunction. *See* ECF Nos. 28, 30. The parties' requests are GRANTED. By **April 4, 2023**, Defendant shall file an opposition to Plaintiff's motion for a preliminary injunction. By **April 11, 2023**, Plaintiff shall file its reply.

      The Clerk of Court is directed to terminate the motion at ECF No. 28.

      SO ORDERED.

Dated: March 27, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge