UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEE CARE NANNY AGENCY, LLC,

                Plaintiff,

-against-

WEECARE, Inc.,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/27/2023
```

23 Civ. 2117 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    For the reasons stated on the record during the April 26, 2023 hearing, Plaintiff's motion for a preliminary injunction is GRANTED.

    Defendant, its agents, servants, employees, officers, and all persons and entities in active concert and participation with them are enjoined from using the WEECARE mark and any other word, name, symbol, device, or combination thereof that is confusingly similar to Plaintiff's WEECARE NANNY mark for, on, and/or in connection with the manufacture, distribution, advertising, promoting, offering for sale, and/or sale of any goods or services for placing nannies and babysitters for childcare and educators for children in the home, during the pendency of this action.

    Defendant, its agents, servants, employees, officers, and all persons and entities in active concert and participation with them are enjoined from engaging in any false, misleading, and/or deceptive conduct in connection with Plaintiff and its goods and services, including, without limitation, representing itself as being an authorized distributor, vendor, agent, representative, retailer, and/or licensee of Plaintiff and/or any of Plaintiff's goods and services, including, without limitation, Plaintiff's services for placing nannies and babysitters for childcare and educators for children in the home, during the pendency of this action; and falsely representing to have an association or affiliation with, sponsorship by, and/or connection with, Plaintiff and/or any of Plaintiff's goods and services, including, without limitation, Plaintiff's services for placing nannies and babysitters for childcare and educators for children in the home, during the pendency of this action.

    Pursuant to this Court's equitable powers and discretion, Plaintiff need not post a bond.

    SO ORDERED.

Dated: April 27, 2023
       New York, New York

ANALISA TORRES
United States District Judge