USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

WEE CARE NANNY AGENCY, LLC,

                    Plaintiff,

     -against-

WEECARE, INC.,

                    Defendant.
------------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

23-CV-2117 (AT)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 77). A telephone conference will be held on **Thursday, July 13, 2023 at 4:00 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: May 16, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge