UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEE CARE NANNY AGENCY, LLC,

                     Plaintiff,

        -against-

WEECARE, Inc.,

                     Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/30/2023
```

23 Civ. 2117 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On May 15, 2023, Plaintiff moved for sanctions.  ECF No. 65.  By **June 5, 2023**, Defendant shall file its opposition papers.  By **June 19, 2023**, Plaintiff shall file its reply, if any.

    SO ORDERED.

Dated: May 30, 2023
      New York, New York

_____
ANALISA TORRES
United States District Judge