```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/31/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

WEE CARE NANNY AGENCY, LLC,

                   Plaintiff,

    -against-

WEECARE, INC.,

                  Defendant.
------------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONIC SETTLEMENT STATUS CONFERENCE**

23-CV-2117 (AT)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephonic Settlement Status Conference in this matter is hereby scheduled for **Friday, August 11, 2023 at 10:45 a.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

SO ORDERED.

Dated: July 31, 2023
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge