```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/08/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WEE CARE NANNY AGENCY, LLC,

                                            Plaintiff,           **ORDER RESCHEDULING**
                                                                        **TELEPHONIC SETTLEMENT**
                    -against-                        **STATUS CONFERENCE**

WEECARE, INC.,                                      23-CV-2117 (AT)

                                            Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The telephonic Settlement Status Conference in this matter scheduled for Friday, August 11, 2023 at 10:45 a.m. is hereby rescheduled to **Friday, August 11, 2023 at 10:15 a.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.

**Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: August 8, 2023
       New York, New York

                                                              _____
                                                               KATHARINE H. PARKER
                                                              United States Magistrate Judge